IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN WERNER, KURT WERNER, and DONNA WERNER, | : :  : |
| Plaintiffs, | : : |
| v. | : : : |
| ALBRIGHT COLLEGE, | : : |
| Defendant. | : |

CIVIL ACTION NO. 17-5402

# **ORDER**

**AND NOW**, this 2nd day of May, 2018, after considering the motion to dismiss filed by the defendant (Doc. No. 12), the response in opposition to the motion filed by the plaintiffs (Doc. No. 19), and the reply in support of the motion filed by the defendant (Doc. No. 23), and the complaint filed by the plaintiffs (Doc. No. 1); and after hearing oral argument from counsel for the parties on May 1, 2018; accordingly, it is hereby **ORDERED** as follows:

1. The motion to dismiss (Doc. No. 12) is **DENIED** without prejudice to the issues in the motion being raised in a motion for summary judgment; and

2. The defendant shall have a period of fourteen (14) days from the entry of this order to file an answer to the complaint.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.